

P47419/AP

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Adam Pakula, United States Probation Officer

**RE:** William Milton Brown

**DATE:** May 1, 2008

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 15, 2006 the above-named individual was sentenced in the Western District of Arkansas outlined in the attached J & C.

In April 25, 2008, we received the Prob. 22's endorsed by the Honorable Robert T. Dawson, U.S. District Court Judge, ordering Mr. Brown's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Adam Pakula
U.S. Probation Officer